AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kosik, Edwin M. | U.S. District Court/M.D. Pa. | 04/25/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

William J. Nealon Federal Bldg. & U.S. Courthouse
North Washington and Linden Streets
P.O. Box 856
Scranton, PA 18501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 7/16/1986 | Blue Cross/Blue Shield fully paid as part of State Retirement |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M. | 04/25/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/12/2012 | Commonwealth of Pennyslvania Retirement | $53,298.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M. | 04/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M. | 04/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pennstar Bank, Carbondale, PA (Savings) | B | Interest | L | T | | | | | |
| 2. Penn Security Bank, Moscow, PA (Savings) | A | Interest | K | T | | | | | |
| 3. Mutual of New York (1987) Single Premium Policy | B | Dividend | K | T | | | | | |
| 4. First Credit Union, Scranton, PA (Savings) | B | Interest | M | T | | | | | |
| 5. PNC Bank, Scranton, PA (Checking) | A | Interest | J | T | | | | | |
| 6. Pennstar Bank, Carbondale, PA (Cert. Dep.) | B | Interest | L | T | | | | | |
| 7. Prudential Equity Fund, Class B | A | Dividend | J | T | | | | | |
| 8. Prudential World Fund, Global Series B | A | Dividend | J | T | | | | | |
| 9. Cisco Systems, Inc. | A | Dividend | K | T | | | | | |
| 10. Coca Cola Co. Delaware | A | Dividend | K | T | | | | | |
| 11. General Electric Co. | A | Dividend | J | T | | | | | |
| 12. Intel Corp. | A | Dividend | K | T | | | | | |
| 13. Merck & Co. | A | Dividend | K | T | | | | | |
| 14. Microsoft Corp. Washington | C | Dividend | L | T | | | | | |
| 15. Pepsico, Inc. | A | Dividend | K | T | | | | | |
| 16. Praxair, Inc. | A | Dividend | K | T | | | | | |
| 17. Schering Plough Corp. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M. | 04/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Tricon Global Restaurants, Inc. | | None | J | T | | | | | |
| 19. Union Carbide Corp. | A | Dividend | K | T | | | | | |
| 20. Prudential World Fund, Inc. Global Series Class A | | None | K | T | | | | | |
| 21. Command Money Fund | C | Interest | L | T | | | | | |
| 22. Prudential Special Money Market Fund Inc. | A | Interest | J | T | | | | | |
| 23. Alliance Quasar Fund Class B | A | Dividend | K | T | | | | | |
| 24. Target, Large Cap Fund | A | Dividend | K | T | | | | | |
| 25. Southern Union Co. | A | Dividend | | | Sold | 03/26/12 | K | | |
| 26. Strategic Partners New ERA Growth Fund, Class B | | None | J | T | | | | | |
| 27. Prudential Financial Inc. | A | Dividend | J | T | | | | | |
| 28. Wachovia Corp. | B | Dividend | K | T | | | | | |
| 29. NBT Bank Corp. | A | Dividend | K | T | | | | | |
| 30. Alger Midcap Growth Fund | | None | K | T | | | | | |
| 31. Alliance Bernstein Growth Fund | A | Dividend | K | T | | | | | |
| 32. Badger TOB Asset Scrutinization | C | Interest | L | T | | | | | |
| 33. IDEX Mutual Fund | C | Dividend | L | T | | | | | |
| 34. Pimco Small Cap Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M. | 04/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Strategic Partners Large Cap | | None | K | T | | | | | |
| 36. Lord Abbett Midcap | A | Dividend | J | T | | | | | |
| 37. YUM Brands | A | Dividend | J | T | | | | | |
| 38. Cohen & Steers REIT Utility Fund | B | Interest | K | T | | | | | |
| 39. John Hancock Tax-Adv Dividend Fund | B | Dividend | K | T | | | | | |
| 40. NFJ Dividend Interest Premium Strategy Fund | B | Interest | K | T | | | | | |
| 41. Allianz NFJ Small Cap | | None | K | T | | | | | |
| 42. Colgate Palmolive | A | Dividend | J | T | | | | | |
| 43. Medco Health Solutions | | None | | | Sold | 04/03/12 | J | | |
| 44. Goldman Sachs TR High Yield Municipal | B | Interest | K | T | | | | | |
| 45. Eaton Vance Insured Municipal Bond Fund | C | Dividend | K | T | | | | | |
| 46. Pfizer Inc. | A | Dividend | K | T | | | | | |
| 47. DWS Managed Municipal - Class C | B | Dividend | K | T | | | | | |
| 48. Nuveen Inv. Trust | B | Dividend | K | T | | | | | |
| 49. Kinetics Mutual Fds. | A | Dividend | K | T | | | | | |
| 50. Hartford Mutual Fds. | A | Dividend | J | T | | | | | |
| 51. Pimco | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Thornburg Inv. Trust | A | Dividend | K | T | | | | | |
| 53. Wells Fargo Advantage | A | Dividend | K | T | | | | | |
| 54. Ivy Fds. Inc. | B | Dividend | K | T | | | | | |
| 55. Blackrock Fds. II | A | Dividend | J | T | | | | | |
| 56. Blackrock Global | A | Dividend | K | T | | | | | |
| 57. Calamos Invt. Tr. | | None | J | T | | | | | |
| 58. First Eagle Fds. Inc. | A | Dividend | K | T | | | | | |
| 59. Goldman Sachs Tr. | A | Interest | J | T | | | | | |
| 60. DWS Managed Municipal - Class A | D | Interest | M | T | | | | | |
| 61. Fund Source Mutual | | None | K | T | | | | | |
| 62. Royal Dutch Shell A | A | Dividend | K | T | Buy | 05/23/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M. | 04/25/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All stocks reported are common stocks.  The buys were principally funded by the sold.  Proceeds of sales went to purchase of ☐ shares of Royal Dutch Shell A on 05/23/12.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edwin M. Kosik**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544